ARTHUR HORN v. THE STATE.

No. 3880. Decided January 5, 1916.

**Delinquent Child—Right of Appeal—Jurisdiction.**

A party has no right of appeal from a judgment adjudging him guilty as a delinquent child. Following Ex parte Bartee, 174 S. W. Rep., 1051.

Appeal from the County Court of Tarrant.  Tried below before the Hon. Jesse M. Brown.

Appeal from a conviction of a delinquent child; penalty, confinement in the State Institution for Training Juveniles, upon an indeterminate sentence.

The opinion states the case.

*Mays & Mays,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.—Cited cases in the opinion.

DAVIDSON, JUDGE.—Appellant was tried before the court as a delinquent child, and sent to the State Institution for Training Juveniles at Gatesville.

There is a matter or two that might be important for decision, but under the case of Ex parte Bartee, 76 Texas Crim. Rep., 285, 174 S. W. Rep., at page 1051, it was held that a party would not have the right of appeal from a judgment adjudging him guilty as a delinquent child. Under that decision this court has not acquired jurisdiction of this appeal, and it is, therefore, dismissed.

*Dismissed.*